Matthew Mellen, (California Bar No. 233350)
Jessica Galletta (California Bar No. 281179)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorneys for Plaintiffs
JON ROSELL and JANE ROSELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JON ROSELL and JANE ROSELL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-04930<br><br>[Assigned to the Honorable Samuel Conti]<br><br>**NOTICE OF VOLUNTARY DIMISSAL PURSUANT TO FRCP 41(a)(1)** |

PLEASE TAKE NOTICE that Plaintiffs, Jon Rosell and Jane Rosell ("Plaintiffs"), hereby dismiss in its entirety United States District Court Case No. 4:12-CV-04211-SBA against Defendants WELLS FARGO BANK, N.A., a business entity, and Does 1 through 50. The Defendants being dismissed have neither filed an Answer or Motion for Summary Judgment. Thus, dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) is appropriate. This dismissal is made without prejudice.

Dated:   November 29, 2012            Respectfully Submitted,


                                      /s/Matthew Mellen
                                      Matthew Mellen
                                      mellenlaw@yahoo.com
                                      Attorney for Plaintiffs

```
1  Matthew Mellen, (California Bar No. 233350)
2  Jessica Galletta (California Bar No. 281179)
   MELLEN LAW FIRM
3  411 Borel Avenue, Suite 230
   San Mateo, California 94402
4  Telephone: (650) 638-0120
5  Facsimile: (650) 638-0125

6  Attorneys for Plaintiffs
7  JON ROSELL and JANE ROSELL
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JON ROSELL and JANE ROSELL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-04930<br><br>[Assigned to the Honorable Samuel Conti]<br><br>[~~PROPOSED~~] ORDER DISMISSING PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 41(a)(1) |

The Court, having received Plaintiffs; Notice of Dismissal filed November 28, 2012, hereby dismisses United States District Court Case Number 4:12-CV-04930 in its entirety. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice.

SO ORDERED

Dated: 11/29/12

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

1